DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SANIA WILLIAMS COX,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2071

[October 30, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502020CF007474B.

Sania Williams Cox, Ocala, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and LEVINE, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***